| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:16CR00303-002 |
| | DOCKET NUMBER *(Rec. Court)* |
| | **20-cr-0131-RM** |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT | | |
|---|---|---|---|
| Juan Carlos Cruz Mancha | UTAH | | |
| | DIVISION | | |
| | CENTRAL | | |
| | NAME OF SENTENCING JUDGE | | |
| | Dale A. Kimball | | |
| | DATES OF SUPERVISION TERM | FROM 3/9/2020 | TO 3/8/2023 |

OFFENSE

**21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute**

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

May 7, 2020
Date

*[Signature: Dale A. Kimball]*
Dale A. Kimball
Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

5/8/2020
Effective Date

*[Signature]*
United States District Judge