| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 2:16CR00303-002 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |  |  |
| --- | --- | --- | --- |
| Juan Carlos Cruz Mancha | UTAH |  |  |
| | DIVISION |  |  |
| | CENTRAL |  |  |
| | NAME OF SENTENCING JUDGE |  |  |
| | Dale A. Kimball |  |  |
| | DATES OF SUPERVISION TERM | FROM 3/9/2020 | TO 3/8/2023 |

**OFFENSE**

**21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute**

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

May 7, 2020
Date

Dale A. Kimball
Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

5/8/2020
Effective Date

United States District Judge

CJA,CLOSED,FPD
Email All Attys
Email All Attys and Secondary Emails

## US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: **2:16−cr−00303−DAK−2**

Case title: USA v. Rubio et al

Date Filed: 06/29/2016
Date Terminated: 03/05/2018

Assigned to: Judge Dale A. Kimball

### Defendant (2)

**Juan Carlos Cruz Mancha**      represented by  **J. Edward Jones**
*TERMINATED: 03/05/2018*                        LAW OFFICES OF J EDWARD JONES
                                                520 N MAIN ST #433
                                                HEBER CITY, UT 84032
                                                (435)503−2207
                                                Email: ejones@jlaw.biz
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                Designation: CJA Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE/Possession of Methamphetamine with Intent to Distribute and 18:2 Aiding and Abetting (1) | Dft pleaded guilty. SENTENCE: BOP: 24 months. S/R: 36 months. No Fine. SPA: $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

1

None

**Notice Party**

**Annie D. Carr**
*TERMINATED: 07/26/2018*

**Notice Party**

**Scott L. Bawden**
*TERMINATED: 04/02/2018*

**Notice Party**

**Charles D. Brock**
*TERMINATED: 04/23/2018*

**Plaintiff**

**USA**     represented by    **Vernon G. Stejskal**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111–2176
(801)325–1404
Email: vernon.stejskal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/29/2016 | 1 | | INDICTMENT as to Laura Elizabeth Rubio (1) count(s) 1, Juan Carlos Cruz Mancha (2) count(s) 1. Assigned to Judge Dale A. Kimball. (eat) (Entered: 06/29/2016) |
| 08/08/2016 | | | Arrest of Juan Carlos Cruz Mancha in USDC District of Colorado. (eat) (Entered: 08/12/2016) |
| 08/08/2016 | 8 | | Indictment Warrant Returned Executed on 8/8/2016, filed on 8/24/2016 in case as to Juan Carlos Cruz Mancha. (dsf) (Entered: 08/24/2016) |
| 08/12/2016 | 5 | | Rule 5/5.1 Documents Received from USDC Dist of Colorado (Case Number 1:16–mj–1126–002–NYW) as to Juan Carlos Cruz Mancha. (Attachments: # 1 Arrest Warrant Returned Executed, # 2 Notice of Attorney Appearance, # 3 Waiver of Rule 5 & 5.1 Hearings, # 4 Appearance Bond, # 5 Order Setting Conditions of Release, # 6 Order Requiring Defendant to Appear in District Where Charges are Pending and Transferring Bail) (eat) (Entered: 08/12/2016) |
| 08/26/2016 | 9 | | **NOTICE OF HEARING** as to Laura Elizabeth Rubio, Juan Carlos Cruz Mancha (Notice generated by EJF Chambers) Initial Appearance/Arraignment |

| | | | |
|---|---|---|---|
| | | | set for 8/29/2016 at 02:00 PM in Rm 8.400 before Magistrate Judge Evelyn J. Furse. (lnp) (Entered: 08/26/2016) |
| 08/29/2016 | 10 | | Minute Entry for proceedings held before Magistrate Judge Evelyn J. Furse: Initial Appearance/Arraignment as to Laura Elizabeth Rubio (1) Count 1 and Juan Carlos Cruz Mancha (2) Count 1 held on 8/29/2016. Defendants present, not in custody. Rights and penalties explained. Financial Affidavits submitted. Court appointed Alex Ramos/FPD for Laura Elizabeth Rubio and Ed Jones/CJA Counsel for Carlos Cruz Mancha. Defendants waived formal reading of the indictment. Plea of NOT GUILTY entered by the defendants. ( Discovery due by 9/2/2016., Proposed Jury Instructions along with proposed voir dire questions 11/4/2016., Motions due by 9/23/2016., Plea Agreement due by 10/17/2016., 2 Day Jury Trial set for 11/7/2016 at 08:30 AM in Rm 3.400 before Judge Dale A. Kimball.) Defendants have been released on conditions from the District of Colorado. Court orders defendants continue on release and to follow all previous conditions of release.Attorney for Plaintiff: Vernon Stejskal – AUSA, Attorney for Defendant: Alex Ramos–FPD/Ed Jones – CJA. Interpreter: Not Needed. Probation Officer: Lorin Smith. Court Reporter: Electronic.(Time Start: 2:09:21, Time End: 2:13:52, Room 8.4.) (lnp) (Entered: 08/29/2016) |
| 08/29/2016 | 14 | | DOCKET TEXT Order Appointing CJA Counsel as to Juan Carlos Cruz Mancha: Appointment of Attorney J. Edward Jones. No attached document. Signed by Magistrate Judge Evelyn J. Furse on 8/29/2016.(lnp) (Entered: 08/30/2016) |
| 08/31/2016 | 16 | | NOTICE OF ATTORNEY APPEARANCE: J. Edward Jones appearing for Juan Carlos Cruz Mancha (Jones, J.) (Entered: 08/31/2016) |
| 09/01/2016 | 17 | | First CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Laura Elizabeth Rubio, Juan Carlos Cruz Mancha. (Stejskal, Vernon) (Entered: 09/01/2016) |
| 09/20/2016 | 18 | | NOTICE of Receipt for Copies of Discovery by USA as to Juan Carlos Cruz Mancha re 17 Certificate of Compliance (Stejskal, Vernon) (Entered: 09/20/2016) |
| 09/23/2016 | 21 | | Defendant's MOTION for Extension of Time to File Motions filed by Juan Carlos Cruz Mancha. (Attachments: # 1 Text of Proposed Order)(Jones, J.) (Entered: 09/23/2016) |
| 09/26/2016 | 22 | | ORDER EXTENDING MOTION DEADLINES as to Juan Carlos Cruz Mancha. Motion granted: 21 Defendant's MOTION for Extension of Time to File Motions. The pretrial motion deadline is extended to 10/24/2016. Signed by Judge Dale A. Kimball on 9/26/2016. (eat) (Entered: 09/26/2016) |
| 10/28/2016 | 25 | | Defendant's MOTION to Continue *Jury Trial* filed by Juan Carlos Cruz Mancha. (Attachments: # 1 Text of Proposed Order)(Jones, J.) (Entered: 10/28/2016) |
| 10/31/2016 | 26 | | ORDER TO CONTINUE JURY TRIAL – Ends of Justice as to Juan Carlos Cruz Mancha. Time excluded from 11/7/16 until 1/10/17. Motion terminated: 25 Defendant's MOTION to Continue *Jury Trial* filed by Juan Carlos Cruz Mancha. 2–Day Jury Trial set for 1/10/2017 at 08:30 AM in Rm 3.400 before Judge Dale A. Kimball. Signed by Judge Dale A. Kimball on 10/31/16. (dla) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/31/2016) |
| 01/04/2017 | 27 | | **NOTICE OF HEARING** as to Juan Carlos Cruz Mancha (Notice generated by Kim Jones) Change of Plea Hearing is set for Monday, 2/27/2017 at 03:00 PM in Rm 3.400 before Judge Dale A. Kimball.<br>Court Address: 351 South West Temple, Salt Lake City, Utah (kmj) (Entered: 01/04/2017) |
| 02/21/2017 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Change of Plea Hearing is reset for Wednesday, 3/8/2017 at 01:30 PM in Rm 3.400 before Judge Dale A. Kimball at the request of dft's counsel.<br>Court Address: 351 South West Temple, Salt Lake City, Utah(kmj) (Entered: 02/21/2017) |
| 03/01/2017 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Change of Plea Hearing is reset for Thursday, 4/6/2017 at 10:00 AM in Rm 3.400 before Judge Dale A. Kimball.<br>Court Address: 351 South West Temple, Salt Lake City, Utah(kmj) (Entered: 03/01/2017) |
| 04/03/2017 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Change of Plea Hearing is reset for Wednesday, 7/12/2017 at 03:00 PM in Rm 3.400 before Judge Dale A. Kimball at the request of dft's counsel to allow the co−dfts to travel to court together.<br>Court Address: 351 South West Temple, Salt Lake City, Utah(kmj) (Entered: 04/03/2017) |
| 04/05/2017 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Change of Plea Hearing is reset for Tuesday, 7/11/2017 at 03:30 PM in Rm 3.400 before Judge Dale A. Kimball due to a conflict in Judge Kimball's schedule.<br>Court Address: 351 South West Temple, Salt Lake City, Utah(kmj) (Entered: 04/05/2017) |
| 04/19/2017 | 30 | | Defendant's MOTION to Continue *Change of Plea Hearing* filed by Juan Carlos Cruz Mancha. (Attachments: # 1 Text of Proposed Order)(Jones, J.) (Entered: 04/19/2017) |
| 04/20/2017 | 31 | | ORDER TO CONTINUE – Ends of Justice: The Court GRANTS the 30 Motion to Continue Change of Plea Hearing, and finds that the time between the first time defendants and Laura Rubio scheduled their first change of plea hearing and the newly requested hearing date of Tuesday, August 1, 2017 at 3:00 p.m. is excluded from the speedy trial computation. Change of Plea Hearing for Juan Mancha reset for 8/1/2017 at 03:00 PM in Rm 3.400 before Judge Dale A. Kimball. Signed by Judge Dale A. Kimball on 4/20/17.(dla) (Entered: 04/20/2017) |
| 07/19/2017 | | | **Set/Reset Hearing** as to Juan Carlos Cruz Mancha: Change of Plea Hearing is reset for Monday, 8/14/2017 at 03:00 PM in Rm 3.400 before Judge Dale A. Kimball, due to a conflict in Judge Kimball's schedule.<br>Court Address: 351 South West Temple, Salt Lake City, Utah(kmj) (Entered: 07/19/2017) |
| 08/14/2017 | 33 | | Minute Entry for proceedings held before Judge Dale A. Kimball: Change of Plea Hearing as to Juan Carlos Cruz Mancha held on 8/14/2017. Dft was present with counsel. After being sworn and Rule 11 being complied with, Plea |

4

| | | | |
|---|---|---|---|
| | | | was entered by Juan Carlos Cruz Mancha (2), Guilty as to Count 1. Court accepted dft's plea as being knowingly and voluntarily entered, there being a factual basis for the plea. The entire plea agreement in writing was executed and filed in open court. Court Orders Pre–Sentence Investigative Report as to Juan Carlos Cruz Mancha. Sentencing set for 10/25/2017 at 02:30 PM in Rm 3.400 before Judge Dale A. Kimball. Attorney for Plaintiff: Vernon Stejskal, AUSA. Attorney for Defendant: J. Edward Jones, cja. Probation Officer: Annie Carr. Court Reporter: Kelly Hicken.<br>Court Address: 351 South West Temple, Salt Lake City, Utah (kmj) (Entered: 08/15/2017) |
| 08/14/2017 | 36 | | STATEMENT IN ADVANCE OF PLEA as to Juan Carlos Cruz Mancha. (kmj) (Entered: 08/15/2017) |
| 08/14/2017 | 37 | | ***SEALED DOCUMENT*** Plea Supplement pursuant to DUCrimR11–1 as to Juan Carlos Cruz Mancha. (kmj) (Entered: 08/15/2017) |
| 09/11/2017 | | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Annie Carr should be added to this case as to Laura Elizabeth Rubio, Juan Carlos Cruz Mancha (adc) (Entered: 09/11/2017) |
| 09/20/2017 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Sentencing is RESET for 1/10/2018, at 03:00 PM in Rm 3.400 before Judge Dale A. Kimball at the request of counsel for the defendant.<br>Court Address: 351 South West Temple, Salt Lake City, Utah. (eat) (Entered: 09/20/2017) |
| 10/17/2017 | | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Annie Carr should be added to this case as to Laura Elizabeth Rubio, Juan Carlos Cruz Mancha (adc) (Entered: 10/17/2017) |
| 10/24/2017 | | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Charles Brock should be added to this case as to Juan Carlos Cruz Mancha (cdb) (Entered: 10/24/2017) |
| 01/09/2018 | 40 | | Defendants Position with Respect to Sentencing Factors as to Juan Carlos Cruz Mancha (Jones, J.) (Entered: 01/09/2018) |
| 01/09/2018 | 42 | | Defendant's SENTENCING MEMORANDUM filed by Juan Carlos Cruz Mancha (Attachments: # 1 Exhibit Letter in Support of Defendant)(Jones, J.) (Entered: 01/09/2018) |
| 01/09/2018 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Sentencing is RESET for 2/7/2018, at 01:30 PM in Rm 3.400 before Judge Dale A. Kimball.<br>Court Address: 351 South West Temple, Salt Lake City, Utah. (eat) (Entered: 01/09/2018) |
| 01/31/2018 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Sentencing is RESET for 3/1/2018, at 10:30 AM in Rm 3.400 before Judge Dale A. Kimball. (eat) (Entered: 01/31/2018) |
| 02/21/2018 | | | **Reset Hearing** as to Juan Carlos Cruz Mancha: Sentencing is RESET for 3/1/2018, at 10:30 AM in **Rm 8.300** before Judge Dale A. Kimball. PLEASE NOTE THE CHANGE IN COURTROOM ONLY. (eat) (Entered: 02/21/2018) |
| 03/01/2018 | 47 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Dale A. Kimball: Sentencing held on 3/1/2018, for Juan Carlos Cruz Mancha (2), Count 1. The defendant, not in custody, is present with counsel. The court hears statements from counsel re sentencing as well as a statement from the defendant. The defendant pleaded guilty to Count 1 of the Indictment. SENTENCE: BOP: 24 months. The defendant shall self–surrender no later than noon on 4/19/2018. The court recommends that the defendant be placed in FCI Florence, CO in order to facilitate family visitation. Supervised Release: 36 months with standard and special conditions imposed. No Fine. SPA: $100.00. COP: 8/14/2017. Attorney for Plaintiff: Vernon G. Stejskal, AUSA. Attorney for Defendant: J. Edward Jones, CJA. Probation Officer: Annie Carr. Court Reporter: Ed Young. (eat) (Entered: 03/01/2018) |
| 03/05/2018 | 50 | | JUDGMENT as to Juan Carlos Cruz Mancha (2). Count 1: Dft pleaded guilty. SENTENCE: BOP: 24 months. S/R: 36 months. No Fine. SPA: $100.00. Defendant Termed. Case Closed. Signed by Judge Dale A. Kimball on 3/5/2018. (eat) (Entered: 03/05/2018) |
| 04/02/2018 | | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Scott L. Bawden should be terminated from this case as to Laura Elizabeth Rubio, Juan Carlos Cruz Mancha (slb) (Entered: 04/02/2018) |
| 04/23/2018 | | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Charles Brock should be terminated from this case as to Juan Carlos Cruz Mancha (cdb) (Entered: 04/23/2018) |
| 07/19/2018 | 52 | | Judgment Returned Executed as to Juan Carlos Cruz Mancha on 4/19/2018. (eat) (Entered: 07/19/2018) |
| 07/26/2018 | | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Annie Carr should be terminated from this case as to Laura Elizabeth Rubio, Juan Carlos Cruz Mancha (adc) (Entered: 07/26/2018) |

JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2016 JUN 29 A 11: 59

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | |
| vs. | VIOL. 21 U.S.C. § 841(a)(1) |
| | Possession of Methamphetamine with Intent to Distribute |
| LAURA ELIZABETH RUBIO, and JUAN CARLOS CRUZ MANCHA, | |
| Defendants. | 2:16CR303 DAK |

The Grand Jury Charges:

COUNT 1

21 U.S.C. § 841(a)(1)

(Possession of Methamphetamine with Intent to Distribute)

On or about June 19, 2016, in the Central Division of the District of Utah,

LAURA ELIZABETH RUBIO,
and JUAN CARLOS CRUZ MANCHA,

7

the named defendants herein, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. §841(b)(1)(C).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
VERNON STEJSKAL
Assistant United States Attorney

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR 05 2018

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| JUAN CARLOS CRUZ MANCHA | ) | Case Number: 2:16-CR-00303-002-DAK |
| | ) | USM Number: 43737-013 |
| | ) | J. Edward Jones |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   Count 1 of the Indictment

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6/19/2016 | 1 |
| 21 U.S.C. § 841(b) | | | |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/1/2018
Date of Imposition of Judgment

*/s/ Dale A. Kimball*
Signature of Judge

Dale A. Kimball   U.S. District Judge
Name and Title of Judge

3/5/2018
Date

9

AO 245B (Rev. 02/18)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT: JUAN CARLOS CRUZ MANCHA
CASE NUMBER: 2:16-CR-00303-002-DAK

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant be placed in FCI Florence, Co in order to facilitate family visitation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☑ before noon on    4/19/2018    .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:





Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 7

DEFENDANT: JUAN CARLOS CRUZ MANCHA
CASE NUMBER: 2:16-CR-00303-002-DAK

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: 36 months

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

11

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page  4  of  7

DEFENDANT: JUAN CARLOS CRUZ MANCHA
CASE NUMBER: 2:16-CR-00303-002-DAK

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. You must submit your person, residence, office or vehicle to search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

Case No. 1:20-cr-00131-RM   Document 2   filed 05/11/20   USDC Colorado   pg 14 of 16
Case 2:16-cr-00303-DAK   Document 750   Filed 03/05/18   Page 53 of 75

AO 245B(Rev. 02/18) Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page  5  of  7

DEFENDANT: JUAN CARLOS CRUZ MANCHA
CASE NUMBER: 2:16-CR-00303-002-DAK

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant will submit to drug/alcohol testing.

2. The defendant shall participate in a substance abuse evaluation and/or treatment under a copayment plan as directed by the probation office. During the course of treatment, the defendant shall not consume alcohol nor frequent any establishment where alcohol is the primary item of order.

AO 245B (Rev. 02/18)  Judgment in a Criminal Case
                      Sheet 5 — Criminal Monetary Penalties

Judgment — Page  6  of  7

DEFENDANT: JUAN CARLOS CRUZ MANCHA
CASE NUMBER: 2:16-CR-00303-002-DAK

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|         | Assessment | JVTA Assessment* | Fine   | Restitution |
|---------|------------|------------------|--------|-------------|
| TOTALS  | $ 100.00   | $ 0.00           | $ 0.00 | $ 0.00      |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---------------|--------------|---------------------|------------------------|
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
|               |              |                     |                        |
| TOTALS        | $ 0.00       | $ 0.00              |                        |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

  ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 02/18) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __7__ of __7__

DEFENDANT:  JUAN CARLOS CRUZ MANCHA
CASE NUMBER:  2:16-CR-00303-002-DAK

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __100.00__ due immediately, balance due

　　　☐ not later than _____ , or
　　　☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

　　Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

15