# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20CR00131-RM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Juan Carlos CRUZ MANCHA,

    Defendant.

## ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

   \_\_\_\_  ORDERS the issuance of an arrest warrant.

   \_\_\_\_  ORDERS the issuance of a summons.

   \_\_\_\_  DENIES the request.

DATED at Denver, Colorado, this \_\_\_\_\_ day of March, 2022.

BY THE COURT:

Raymond P. Moore
United States District Judge