IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00131-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN CARLOS CRUZ MANCHA,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado this 16th day of March, 2022.

    COLE FINEGAN
    United States Attorney

By:    *s/ Andrea Surratt*
    Andrea Surratt
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0124
    Email: andrea.surratt@usdoj.gov
    Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 16th day of March, 2022, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: *s/ Danielle Storinsky*
           Legal Assistant
           United States Attorney's Office