AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| Juan Carlos Cruz Mancha | ) Case No. 20-cr-00131-RM |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. District Court, Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: | Magistrate Judge Kristen L Mix<br>A-401 |
| --- | --- | --- | --- |
| | | Date and Time: | March 30, 2022 @ 1:30 p.m. |

This offense is briefly described as follows:

Violation of Law
Excessive Use of Alcohol
Possession and Use of a Controlled Substance
Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer

Date: 3/16/2022

s/C. Pearson, Deputy Clerk for
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Courts
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 3/17/22

*Server's signature*

Damillah Williams, United States Probation officer
*Printed name and title*