**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 19-cr-86-REB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  2.  JUAN CARLOS CRUZ MANCHA,

    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE**

---

The Defendant, Juan Carlos Cruz Mancha, by and through CJA counsel, Peter Hedeen, moves this Honorable Court to continue the Final Hearing Re Revocation of Supervised Release.  As grounds, the Defendant states as follows:

1.    The Final Hearing Re Revocation of Supervised Release in this case is currently scheduled for May 5, 2022, at 1:00 PM.

2.    This is the first setting for the Final Hearing Re Revocation of Supervised Release. The Defendant intends to admit the allegations in the Complaint at the Hearing.

3.    Undersigned Counsel has a a family illness that requires this Request to Continue the Final Hearing Re Revocation of Supervised Release. Undersigned Counsels' 10-year-old son has tested positive for the COVID-19 virus, and has to quarantine at home until after the Final Hearing Re Revocation of Supervised

-1-

Release.

4.      Undersigned Counsel is a single dad and has to be home with his son on Thursday May 5, 2022. In light of the nature of the illness, getting childcare is not possible.

5.      Undersigned Counsel has been in close contact with his son, and therefore also needs to quarantine until getting a negative test, and those results may not be in by the date and time of the Final Hearing Re Revocation of Supervised Release.

6.      Undersigned Counsel has communicated with Assistant U.S. Attorney Andrea Surratt regarding this Motion to Continue Final Hearing Re Revocation of Supervised Release, and she has no objection to this request.

WHEREFORE, pursuant to Rule 47, Fed. R. Cr. P., Mr. Cruz Mancha respectfully requests that the Court grant this Motion to Continue Final Hearing Re Revocation of Supervised Release until such time as the Court deems appropriate. Dated this Tuesday, May 3, 2022.

Respectfully submitted,

\_\_S/Peter Hedeen\_\_\_
Peter Hedeen
2373 Central Park Blvd.
Suite 100
Denver, CO 80238
720-979-0927
303-803-1501  Fax

## CERTIFICATE OF SERVICE

  I hereby certify that on Tuesday, May 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Andrea.Surratt
Andrea.Surratt@usdoj.gov

  And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Juan Carlos Cruz Mancha (via US Mail)

        __S/Peter Hedeen___
        Peter Hedeen
        2373 Central Park Blvd.
        Suite 100
        Denver, CO 80238
        720-979-0927
        303-803-1501  Fax