### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-131-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  2. JUAN CARLOS CRUZ MANCHA,

    Defendant.

---

## NOTICE OF ADMISSION TO VIOLATIONS OF SUPERVISED RELEASE

---

The Defendant, Juan Carlos Cruz Mancha, by and through CJA counsel, Peter Hedeen, hereby notifies this Honorable Court that he intends to admit the allegations in the Petition for Summons on Person Under Supervision (ECF Doc. # 5) at the Hearing on May 20, 2022.

Dated this Wednesday, May 18, 2022.

                                        Respectfully submitted,

                                        __S/Peter Hedeen___
                                        Peter Hedeen
                                        2373 Central Park Blvd.
                                        Suite 100
                                        Denver, CO 80238
                                        720-979-0927
                                        303-803-1501  Fax

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, May 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail address:

Andrea.Surratt
Andrea.Surratt@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Juan Carlos Cruz Mancha (via US Mail)

__S/Peter Hedeen___
Peter Hedeen
2373 Central Park Blvd.
Suite 100
Denver, CO 80238
720-979-0927
303-803-1501  Fax