**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: Damillah Williams | Date: May 20, 2022<br>Interpreter: n/a |

**CASE NO.  20-cr-00131-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  JUAN CARLOS CRUZ MANCHA, | Peter Hedeen |
| Defendant. | |

**COURTROOM MINUTES**

**HEARING ON REVOCATION OF SUPERVISED RELEASE
COURT IN SESSION:     10:00 a.m.**

Appearances of counsel.   Defendant is present and on bond.

Preliminary remarks made by the Court.

The Court was advised by Notice of Admission (Doc. 23) that the defendant will admit all violations alleged in the Petition (Doc. 5).

Defendant sworn and questioned by the Court.   Defendant is 26 years old.

Defendant admits to all violations alleged in the Petition (Doc. 5).

The Court advises the defendant regarding rights waived by admitting to the violations and maximum penalties.

The Court accepts the defendant's admissions.

Argument given on sentencing.

The Court states findings.

**ORDERED:** The defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to **time served.**

**ORDERED:** The defendant shall be placed on supervised release for a term of **two (2) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this court, and the special conditions of supervised release as stated on the record.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**ORDERED:** Bond is continued.

**COURT IN RECESS:** 10:45 a.m.
**Total in court time:** 00:45
**Hearing concluded**