IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00131-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN CARLOS CRUZ MANCHA,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on May 20, 2022, it is hereby

ORDERED that Defendant, JUAN CARLOS CRUZ MANCHA, is sentenced to **TIME SERVED.**

    Dated:    May 20, 2022

BY THE COURT:

RAYMOND P. MOORE,
UNITED STATES DISTRICT JUDGE